```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAN E. PARKER,

                Plaintiff,

-against-

ISRAEL DISCOUNT BANK OF NEW YORK, INC.; JOHN DOES [1-10],

                Defendants.

1:21-CV-7196 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Israel Discount Bank of New York, Inc. ("IDB"). Plaintiff is directed to serve the summons and complaint on IDB within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served IDB or requested an extension of time to do so, the Court may dismiss the claims against IDB under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   August 30, 2021
            New York, New York

                                                          _____
                                                           VALERIE CAPRONI
                                                           United States District Judge