

Keith A. Markel
(212) 735–8736
kmarkel@morrisoncohen.com

**MEMO ENDORSED**

August 2, 2022

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:      8/2/22 |

<u>Via ECF</u>

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District Of New York
40 Foley Square
New York, NY 10007

      Re:    **Marian E. Parker v. Israel Discount Bank of New York, Inc.**
              **<u>S.D.N.Y. Docket No. 21-cv-07196 (VEC)</u>**

Dear Judge Caproni:

     We represent defendant Israel Discount Bank of New York (hereinafter, "Defendant") in the above-referenced matter.  We write pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice to respectfully request that the Initial Conference, presently scheduled for August 12, 2022, be adjourned until August 26, 2022 or a date thereafter that is convenient for the Court.

     This request for a brief adjournment is made because our firm was only recently retained as counsel for Defendant, and we are in need of some time to obtain the file and familiarize ourselves with the claims and defenses in this matter.  Prior to our retention, the Court granted two prior requests for adjournment of the Initial Conference.  I have spoken with counsel for Plaintiff, who consents to this request.

     Thank you for Your Honor's consideration of this request.

                         Respectfully submitted,

                         /s/ <u>*Keith A. Markel*</u>

                         Keith A. Markel

cc:    *All Counsel of Record* (<u>Via ECF</u>)

MorrisonCohen LLP

Application GRANTED.  The Initial Pre-Trial Conference currently scheduled
for August 12, 2022, at 10:00 a.m. is hereby ADJOURNED until August 26,
2022, at 10:00 a.m.  Pre-conference submissions are due not later than August
18, 2022.

SO ORDERED.

8/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE