UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARIAN E. PARKER,

                      Plaintiff,

        -against-

ISRAEL DISCOUNT BANK OF NEW YORK,
INC.; JOHN DOES [1-10],

                   Defendants.

---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/26/22
```

21-CV-7196 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an Initial Pre-Trial Conference on August 26, 2022;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend her Complaint is

due not later than **September 16, 2022**; Defendant's response in opposition is due not later than

**October 14, 2022**; and Plaintiff's brief in reply is due not later than **October 21, 2022**.  Plaintiff

must include a redlined and clean version of the proposed Amended Complaint when filing her

motion.

**SO ORDERED.**

**Date: August 26, 2022**
     **New York, New York**

                                 **VALERIE CAPRONI**
                               **United States District Judge**