USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARIAN E. PARKER,                                              :
                       Plaintiff,     :
     -against-                                               :
                                                  :     21-CV-7196 (VEC)
ISRAEL DISCOUNT BANK OF NEW YORK,    :
INC.; JOHN DOES [1-10],                                   :     ORDER
                                                    :
                       Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 17, 2023, Plaintiff Marian Parker ("Plaintiff") and Defendant Israel Discount Bank of New York ("IDB") notified the Court of a discovery dispute and appeared for a telephonic conference;

       IT IS HEREBY ORDERED that for the reasons stated during the conference, not later than **Friday, February 24, 2023**, the parties must meet and confer regarding any outstanding discovery disputes for at least one hour **in person**.

       In preparation for the meet-and-confer, (1) Plaintiff must takes steps to be prepared to discuss the number of "hits" on IDB's requested search terms, as well as permutations thereof, so the parties can confer knowledgeably about the discovery burden on Plaintiff; and (2) IDB must estimate the cost of searching for and producing electronically stored documents regarding the Information Security Workplan prepared during the one-month period after Plaintiff was terminated.

       Not later than **Monday, February 27, 2023**, the parties must submit a joint letter to the Court stating whether they have any remaining discovery disputes and, if so, stating the issue concisely.

IT IS FURTHER ORDERED that for the reasons stated during the conference, Plaintiff's discovery request for the personnel file of the person who replaced Plaintiff at IDB is DENIED.

**SO ORDERED.**

Date:  February 17, 2023
       New York, New York

                                          **VALERIE CAPRONI**
                                          United States District Judge