

**VLADECK, RASKIN & CLARK, P.C.**

**MEMO ENDORSED**

MAIA GOODELL
212.403.7327
MGOODELL@VLADECK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023

May 12, 2023

**BY ECF**
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Marian E. Parker v. Israel Discount Bank of New York, Inc.
             Case No. 21-CV-07196

Dear Judge Caproni:

    We represent the plaintiff Marian E. Parker in the above-referenced matter and write jointly with defendant Israel Discount Bank ("IDB") to request permission for certain documents that plaintiff intends to file with her opposition to defendant's Motion for Summary Judgment to be filed under seal.

    The documents to be filed under seal are internal documents and emails between employees of IDB, which defendant has designated as confidential, and plaintiff's medical records.

                           Respectfully submitted,

                           Maia Goodell

cc:    All counsel (via ECF)

---

Application GRANTED.

SO ORDERED.

*[signature]* 05/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE