## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MARIAN E. PARKER,

                Plaintiff,

-against-                                      21 **CIVIL** 7196 (VEC)

## **JUDGMENT**

ISRAEL DISCOUNT BANK OF NEW YORK,
INC.; JOHN DOES [1-10],

                Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 6, 2024, Defendants' motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

      February 6, 2024

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                    **BY:**          *K. Mango*

                                                    **Deputy Clerk**