UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2024

MARIAN E. PARKER

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 7196 (VEC)( )

-against-

**NOTICE OF APPEAL**

ISRAEL DISCOUNT BANK OF NEW YORK, INC;
JOHN DOES [1-10]

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: MARIAN E. PARKER

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order(s) entered on: SEE ATTACHED
(date that judgment or order was entered on docket)

that: SEE ATTACHED

(If the appeal is from an order, provide a brief description above of the decision in the order.)

MARCH 7, 2024
Dated

[Signature: Marian E. Parker]
Signature

PARKER, MARIAN E.
Name (Last, First, MI)

208 E. 51ST ST #326, NEW YORK, NY 10022
Address                    City            State        Zip Code

212-629-1770
Telephone Number                            E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

21-CV-7196 (VEC)

1. FINAL JUDGMENT, DATED:
     FEBRUARY 6, 2024

2. ORDER, DATED:
     FEBRUARY 6, 2024
   GRANTED SUMMARY JUDGMENT TO
   DEFENDANTS WHICH DISMISSED PLAINTIFFS
   ADA AND RELATED CLAIMS (DESPITE
   AN EEOC FINDING IN FAVOR OF
   PLAINTIFF'S CLAIMS AS WELL AS
   FALSE TESTIMONY AND MULTIPLE GROSS
   MISREPRESENTATIONS OF EVIDENCE
   AND FACTS BY DEFENDANT)

3. ORDER, DATED:
     NOVEMBER 9, 2022
   DENYING PLAINTIFF PERMISSION
   TO AMEND COMPLAINT TO ALSO
   INCLUDE SEX DISCRIMINATION
   (DESPITE PATTERN BY DEFENDANT)

# U.S. District Court

## New York Southern - Manhattan

MARIAN E. PARKER

Receipt Date: Mar 7, 2024 2:36PM

| Rcpt. No: 27103 | | Trans. Date: Mar 7, 2024 2:36PM | | | Cashier ID: #SS |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** 21CV07196 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.