USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MARIAN E. PARKER,

                Plaintiff,

    -against-

ISRAEL DISCOUNT BANK OF NEW YORK,
INC.; JOHN DOES [1-10],

                Defendants.
-------------------------------------------------------------- X

21-CV-7196 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 6, 2024, the Court granted Defendant's motion for summary judgment and closed this case, *see* Opinion and Order, Dkt. 90;

    WHEREAS on March 7, 2024, Plaintiff appealed, *see* Dkt. 92;

    WHEREAS on June 27, 2025, the Second Circuit issued an amended order affirming the Court's judgment dismissing Plaintiff's claims for discrimination, failure to accommodate, and retaliation brought pursuant to the Americans with Disability Act, 42 U.S.C. §§ 12101 et seq. ("ADA"), and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 et seq. ("NYSHRL"), but vacating the portion of the judgment dismissing Plaintiff's claims under the New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 et seq. ("NYCHRL"), *see* Am. Order, Dkt. 95;[1]

    WHEREAS the Second Circuit remanded Plaintiff's NYCHRL claim for the Court to decide whether it will exercise supplemental jurisdiction over the NYCHRL claim pursuant to 28 U.S.C. § 1367(c), *id.* at 8; and

---

[1] The Second Circuit issued an order on April 4, 2025, that was superseded by the June 27 amended order. *See* Order, Dkt. 94; Am. Order at 2 n.1.

WHEREAS on August 8, 2025, the Court received the Mandate for this action, *see* Mandate, Dkt. 96;

IT IS HEREBY ORDERED that by **Friday, August 29, 2025**, the parties must meet and confer and submit a joint letter not to exceed three pages indicating the parties' position(s) on whether the Court should exercise jurisdiction over Plaintiff's NYCHRL claim, and, if so, proposing next steps in this action.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to reopen this case.

**SO ORDERED.**

Date:  **August 11, 2025**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**