**Morrison Cohen**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    12/9/2025

Keith A. Markel
Partner
(212) 735-8736
kmarkel@morrisoncohen.com

December 8, 2025

**Via ECF**
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

 **MEMO ENDORSED**

> **Re:    Marian E. Parker v. Israel Discount Bank of New York, Inc.**
> **S.D.N.Y. Docket No. 21-cv-07196 (VEC)**

Dear Judge Caproni:

We represent defendant Israel Discount Bank of New York (hereinafter, "Defendant") in the above-referenced matter. We write to respectfully request that the Court adjourn the status conference scheduled for December 19, 2025 to January 9, 2026, or any date thereafter that the Court is available. Our office emailed the *pro se* Plaintiff on December 4, 2025 to ascertain whether she consents to this adjournment, but we have not yet received a response.

By way of background, Defendant appeared before the Court on October 31, 2025 for a status conference in this matter, but the *pro se* Plaintiff did not appear, despite Defendant having notified Plaintiff of the conference by contacting her at an email address Plaintiff used to communicate with Defendant days earlier. On December 1, 2025, after Plaintiff explained that her absence was due to a change in her mailing address, the Court adjourned this status conference to Friday, December 19, 2025 at 10:00 A.M. *See* Scheduling Order, dated December 1, 2025, ECF 106.

This adjournment is requested because Defendant's counsel is scheduled to participate in an injunction hearing before the Delaware Court of Chancery during the week of December 15, 2025. Additionally, the undersigned has a pre-planned absence from the office for the winter holidays beginning on December 22, 2025, returning on January 5, 2026. This is Defendant's first request for an adjournment of this status conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Keith A. Markel*
Keith A. Markel

cc:    (Via Email and First-Class Mail)
Marian E. Parker, Plaintiff *Pro Se*
450 Lexington Avenue #3124
New York, NY 10163

Application GRANTED.  The status conference scheduled for December 19, 2025, is ADJOURNED to **Friday, January 16, 2026, at 10:00 A.M.**  The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.  Moving forward, the Court requests that, if she continues to represent herself *pro se*, Plaintiff must promptly respond to Defendant when asked for her position on the adjournment of dates and deadlines.  While the Court will take Plaintiff's position into account, it can only do so if it is apprised of such position.

The Court previously stayed the expert discovery deadline in this case and reserved resolution of the parties' discovery disputes until after the case proceeded past summary judgment.  *See* Dkts. 54, 60.  The parties should be prepared to discuss those issues.

Not later than **Thursday, January 8, 2026,** the parties must submit a **joint letter, not to exceed three (3) pages**, detailing all currently outstanding discovery disputes, if any, and stating whether expert discovery is needed in this case.  If expert discovery is no longer needed, the Court will set a trial date at the status conference.

Plaintiff should hire counsel before the status conference or be prepared to represent herself *pro se*.

The Clerk of Court is directed to mail a copy of this order to Plaintiff Marian E. Parker, 450 Lexington Ave. #3124, New York, New York 10163.

SO ORDERED.

12/9/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE