

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/9/2026____

Keith A. Markel
Partner
(212) 735-8736
kmarkel@morrisoncohen.com

January 8, 2026

**Via ECF**
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



> **Re:  Marian E. Parker v. Israel Discount Bank of New York, Inc.**
> **S.D.N.Y. Docket No. 21-cv-07196 (VEC)**

Dear Judge Caproni:

We represent defendant Israel Discount Bank of New York (hereinafter, "Defendant") in the above-referenced matter. We write jointly with Plaintiff *Pro Se* Marian E. Parker to respectfully request an extension of time, from January 8, 2026 to February 2, 2026, for the parties to submit a joint letter to the Court detailing all currently outstanding discovery disputes and stating whether expert discovery is needed in this case. *See* ECF 111. This is the parties' first request for an extension of this deadline.  This extension is requested because the *pro se* Plaintiff needs some additional time to draft and finalize her portion of the joint letter.

Additionally, the parties respectfully request a corresponding adjournment of the status conference scheduled for January 16, 2026 until February 6, 2026. This is the second request for an adjournment of this conference. The Court previously granted an adjournment of the status conference from December 19, 2025 due to Defendant's counsel's attendance at a hearing before the Delaware Court of Chancery. ECF 111.

Plaintiff has also asked that there be a virtual option to participate in this conference in the event of inclement winter weather. Defendant takes no position on whether the conference should include a telephonic or virtual option.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Keith A. Markel*

Keith A. Markel



cc:    (Via Email and First Class Mail)
Marian E. Parker, Plaintiff *Pro Se*
450 Lexington Avenue, #3124
New York, NY 10163

Application GRANTED in part. The status conference scheduled for January 16, 2026, is ADJOURNED to **Friday, February 13, 2026, at 10:00 A.M.** The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. **No option to attend virtually will be offered.**

Not later than **Thursday, February 5, 2026**, the parties must submit a **joint letter, not to exceed three (3) pages**, detailing all currently outstanding discovery disputes, if any, and stating whether expert discovery is needed in this case. If expert discovery is no longer needed, the Court will set a trial date at the status conference.

Plaintiff should hire counsel before the status conference or be prepared to represent herself *pro se*.

The Clerk of Court is directed to mail a copy of this order to Plaintiff Marian E. Parker, 450 Lexington Ave., #3124, New York, New York 10163.

SO ORDERED.

1/9/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE