

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/12/2026___

Keith A. Markel
Partner
(212) 735-8736
kmarkel@morrisoncohen.com

February 11, 2026

**Via ECF**
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> **Re:**   **Marian E. Parker v. Israel Discount Bank of New York, Inc.**
> **S.D.N.Y. Docket No. 21-cv-07196 (VEC)**

Dear Judge Caproni:

We represent Defendant Israel Discount Bank of New York (hereinafter, "Defendant") in the above-referenced matter. We write to respectfully request that the Court adjourn the status conference that was rescheduled by the Court for February 27, 2026 to March 27, 2026, or any date thereafter that the Court is available.[1] We have corresponded with *pro se* Plaintiff Marian E. Parker regarding this request and provided our availability for March 2026. Plaintiff informed us that the earliest date of mutual availability is March 27th. Plaintiff consents to this adjournment.

By way of background, this status conference was originally scheduled for October 31, 2025. Defendant appeared before the Court on that date, but the *pro se* Plaintiff did not appear, despite Defendant notifying Plaintiff of the conference in advance via email to the same email that Defendant has been using to communicate with Plaintiff without issue to date. On December 1, 2025, after Plaintiff explained that her absence was due to a change in her mailing address, the Court adjourned this conference to December 19, 2025. Due to a hearing in another matter, Defendant requested an adjournment, which this Court granted and adjourned the status conference to January 16, 2026. Because the *pro se* Plaintiff needed some additional time to prepare her portion of a joint letter, the conference was once again adjourned from January 16, 2026 until February 13, 2026. The parties then filed their joint letter on February 5, 2026. ECF 116.

This additional adjournment is requested because Defendant's counsel has longstanding plans to travel for depositions in another matter during the week of February 23rd and will not be able to return to New York in time for the conference. The parties are both available on March 27, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Keith A. Markel*
Keith A. Markel

---

[1] Defendant respectfully requests that the conference not be scheduled for April 3, 2026, which is both Passover and Good Friday, due to religious observances on Defendant's counsel team.



cc:    (Via Email and First-Class Mail)
Marian E. Parker, Plaintiff *Pro Se*
450 Lexington Avenue #3124
New York, NY 10163

Application GRANTED.  The status conference scheduled for Friday, February 27, 2026, is ADJOURNED to **Friday, March 27, 2026, at 10:00 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  **No option to attend virtually will be offered.**

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 118.

The Clerk of Court is also directed to mail a copy of this order to Plaintiff Marian E. Parker, 450 Lexington Ave. #3124, New York, New York 10163, and to note the mailing on the docket.

SO ORDERED.

2/12/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE