USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARIAN E. PARKER,                                 :
                                                  :
                              Plaintiff,          :
                                                  :
        -against-                                 :          21-CV-7196 (VEC)
                                                  :
ISRAEL DISCOUNT BANK OF NEW YORK,                 :          POST-CONFERENCE
INC.; JOHN DOE [1-10],                            :              ORDER
                                                  :
                              Defendants.         :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that, for the reasons stated at the conference on March 27,

2026:

- Not later than **April 10, 2026**, Plaintiff must sign and produce to Defendant the requested employment authorizations, including, *e.g.*, releases for (i) Bank of China, (ii) Michael Page, (iii) SEIU 1199 National Benefit Fund, (iv) Auburn IT Resources, Inc., (v) Metropolitan Transportation Authority. *See* Dkt. 116-1.

- Not later than **April 3, 2026**, Defendant may propound to Plaintiff any additional interrogatory(ies) regarding Plaintiff's post-March, 2023, employment, income, and other relevant, employment-related topics. Plaintiff must respond to the interrogatory(ies), if any, not later than **May 1, 2026**. Plaintiff's response(s) to the interrogatory(ies) must be verified.

- Not later than **April 10, 2026**, Plaintiff must sign and produce to Defendant any additional authorizations permitting Defendant to request relevant employment documents from Plaintiff's post-March, 2023, employers.

IT IS FURTHER ORDERED that, **as soon as practicable**, Defendant must produce to Plaintiff any email(s) between (i) Defendant and Mr. Vipul Raval, and (ii) Defendant and Mr. Theodore Darko, similar to the email(s) received by Plaintiff, about job/performance expectations related to the 2018 Information Security Work Plan Report.

IT IS FURTHER ORDERED that Plaintiff's expert reports, if any, must be served on Defendant not later than **May 15, 2026**.  Defendant's rebuttal reports, if any, must be served on Plaintiff not later than **June 15, 2026**.  Expert depositions must be completed by **June 15, 2026**.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, July 10, 2026, at 10:00 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties should be prepared to discuss potential trial dates.

IT IS FUTHER ORDERED that the Clerk of Court mail a copy of this order to Plaintiff Marian E. Parker, 450 Lexington Ave. #3124, New York, New York 10163, and to note the mailing on the docket.

**SO ORDERED.**

**Date:  March 27, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**