USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/12/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MARIAN E. PARKER,                               :
                                                :
                              Plaintiff,         :
                                                :          21-CV-7196 (VEC)
           -against-                             :
                                                :          ORDER
ISRAEL DISCOUNT BANK OF NEW YORK,               :
INC.; JOHN DOE [1-10],                            :
                                                :
                              Defendants.         :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 14, 2026, the Court ordered that the parties appear for a hearing on June 12, 2026, at 10:00 A.M., at which Plaintiff would be required to show cause why this case should not be dismissed, with prejudice, for failure to prosecute; and

WHEREAS Plaintiff failed to appear at the show cause hearing on June 12, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE for failure to prosecute.  The Clerk of Court is respectfully directed to CLOSE this case.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to Plaintiff Marian E. Parker, 450 Lexington Ave. #3124, New York, New York 10163, and to note the mailing on the docket.

**SO ORDERED.**

**Date:  June 12, 2026**
**       New York, New York**                    **VALERIE CAPRONI**
                                                **United States District Judge**