USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

MARIAN E. PARKER

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 7196 (VEC)

-against-

ISRAEL DISCOUNT BANK OF NEW YORK, INC., et al.

(List the full name(s) of the defendant(s)/respondent(s).)

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

RECEIVED SDNY PRO SE OFFICE 2026 JUL 10 PM 2:43

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 6/12/26 (date) but did not file a notice of appeal within the required time period because: ON OR ABOUT JULY 10, 2026 (TODAY) I AM FILING A MOTION FOR RECONSIDERATION OF THE JUDGES DECISION (DOC ENTRY #129) AND ORDER DATED JUNE 12, 2026 SO I REQUIRE ADDITIONAL TIME.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

July 10, 2026
Dated:

Marian E. Parker
Signature

PARKER, MARIAN E.
Name (Last, First, MI)

450 LEXINGTON AVE, #3124, NEW YORK, NY 10163
Address City State Zip Code

212-629-1770
Telephone Number

marianela.parker.dc@gmail.com
E-mail Address (if available)

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 10 PM 12: 43

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

CASE #: 21 CV 7196 (VEC)

CASE CAPTION: MARIAN E PARKER VS. ISRAEL DISCOUNT BANK OF NEW YORK

PARKER, MARIAN E.
Name (Last, First, MI)

450 LEXINGTON AVE #3124, NEW YORK, NY 10163
Address City State Zip Code

212-629-1770
Telephone Number

marianela.parker.dc@gmail.com
E-mail Address

July 10, 2026
Date

Marian E. Parker
Signature

Click Here to Save

Application GRANTED. Plaintiff's deadline to file a notice of appeal of the Court's order dismissing this case with prejudice, *see* Dkt. 129, is hereby ADJOURNED to **Friday, August 7, 2026**. The Court notes that, to date, it has not received Plaintiff's motion for reconsideration.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 130.

SO ORDERED.

7/14/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE